PJ

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Katrena Daniels* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Katrena Daniels   C. Date of Delivery: 5-12-06<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>PO Box 830705<br>Tuskegee AL 36083 |
| 1. Article Addressed to:<br>First Tuskegee Bank<br>c/o James W Wright as<br>Registered Agent<br>301 N Elm Street<br>Tuskegee AL 36083<br>2:06cv401 (Comp [sm 20 dys]) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 2260 0004 5051 1842 | |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |