PJ

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tender Care Veterinary Hospital
c/o Pat-Joyce Patterson as
Registered Agent
9570 Vaughn Rd
Pike Rd AL
36064
2:06cv401 (cmp/sms 20 dys)

2. Article Number
(Transfer from service label)

7003 2260 0004 5051 1859

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gerson (illegible)_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _(illegible) Van(illegible)_   C. Date of Delivery: 5-11-06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes