**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 18, 2006

# NOTICE OF REASSIGNMENT

Re:   PJ Construction v. Tender Care Veterinary, et al.
      Civil Action No. #2:06-cv-00401-CSC

The above-styled case has been reassigned to Judge W. Harold Albritton, III..

Please note that the case number is now #2:06-cv-00401-WHA.  This new case number should be used on all future correspondence and pleadings in this action.