STATE OF ALABAMA      )
COUNTY OF MONTGOMERY  )    STATEMENT OF LEIN
                      )
                      )

PJ Construction and Services, Inc. files this statement in writing, verified by the oath of Margie Rhye who has personal knowledge of the facts set forth herein:

1. That the said PJ Construction and Services claims a lien upon the following property, situated in Montgomery County, Alabama, to-wit: Tender Care Vet Hospital, Inc, 9570 Vaughn Road, Pike Road, AL 36064. This lien is claimed, separately and severally, as to both the buildings and improvements thereon, and as to the said land.

2. That the said lien is claimed to secure an indebtedness of $ 137,198.49 with interest from, to wit, the 14th day of July, 2005.

3. That said indebtedness is for labor, materials, subcontractor payments and 10% fee for improvements made at the above referenced facility at the request of the president-CEO and owner of said property.

4. That the name of the owner or proprietor of said property is Pat Joyce-Patterson.

Dated this 16th day of August, 2005.

_____
Margie Rhye, Vice President
of PJ Construction and Services, Inc.

BEFORE ME, Jessica R. Pedrick, a Notary Public for the State of Alabama at Large, personally appeared Margie Rhye, who being first duly sworn, doth depose and say: That she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME on this 16th day of August, 2005.

_____
Notary Public

My Commission Expires 06/21/2009

DEFENDANT'S EXHIBIT B